377 A.2d 992

Commonwealth ex rel. Jenkins v. McKinstry, Appellant.

Argued June 17, 1977. Arthur L. Jenkins, Jr., with him Smith, Aker, Grossman, Hollinger & Jenkins, for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.